840

No. 201. KUCHIN v. CHICAGO & NORTH WESTERN RAILWAY Co. C. A. 7th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted. *James A. Dooley* for petitioner. *Otis Lowell Hastings* and *Drennan J. Slater* for respondent.

No. 219. JASON v. SUMMERFIELD ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted. *George M. Johnson* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger, Samuel D. Slade* and *Benjamin Forman* for respondents.

No. 189. KERN v. WILLIAMSON, TRUSTEE, ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE REED took no part in the consideration or decision of this application. *Carlos L. Israels* and *Leo T. Wolford* for petitioner. *Solicitor General Sobeloff, William H. Timbers, David Ferber* and *Henry L. Stern* for the Securities and Exchange Commission; and *Oscar S. Rosner* for the Green Committee, respondents.

No. 232. MONTANYE v. NEW YORK ET AL. Court of Appeals of New York. Certiorari denied.

No. 237. PARRINO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Vine H. Smith* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.